JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| Patricia Gage, on behalf of herself,<br><br>        Plaintiff,<br><br>v.<br><br>Walmart Inc., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 2:24-cv-00921-SVW-AJR<br>Assigned to Judge Stephen V. Wilson<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**_<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

The stipulation is approved. The entire action, including any and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. ~~This Court retains jurisdiction to enforce the terms of the Settlement Agreement between the parties~~.

IT IS SO ORDERED.

Dated: July 10, 2024

*[signature]*

HONORABLE STEPHEN V. WILSON
United States District Judge

-1-
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Respectfully submitted by:
**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
Sydney Wilberton (SBN 345803)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Ste 206A
South San Francisco, CA 94080
Tel:   (415) 580-2574
Fax:   (415) 735-3454
Email: silg@ilglegal.com
Email: swilberton@ilglegal.com
Email: njupillat@ilglegal.com

Attorneys for Plaintiff Patricia Gage

**PAYNE & FEARS LLP**
Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Bree A. Oswald, Bar No. 314614
bao@paynefears.com
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant Walmart Inc

4883-9919-6623 v.1